MATTHEW D. ZINN (State Bar No. 214587)
EDWARD T. SCHEXNAYDER (State Bar No. 284494)
MINDY K. JIAN (State Bar No. 336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Zinn@smwlaw.com
Schexnayder@smwlaw.com
Mjian@smwlaw.com

Attorneys for Defendants and Respondents
Alameda County and Alameda County
Board of Supervisors

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA,<br><br>　　　　Plaintiffs and Petitioners,<br><br>　　v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL, and DOES 1-10,<br><br>　　　　Defendants and Respondents,<br><br>　　v.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>　　　　Defendant-Intervenor | Case No. 3:22-cv-01274-LB<br><br>**STIPULATION TO INCREASE PAGE LIMIT; [~~PROPOSED~~] ORDER**<br><br>Hon. Laurel Beeler<br><br>Trial Date:　　none set |

1    WHEREAS, on March 1, 2022, in *Williams v. County of Alameda*, N.D. Cal. Case No. 3:22-cv-01274-LB, Plaintiffs John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America (together, "Williams Plaintiffs") filed a Complaint for Damages and Petition for Writ and Request for Immediate Stay against Defendants Alameda County, Alameda County Board of Supervisors (together, the "County"), City of Oakland, and Oakland City Council;

WHEREAS, on May 5, 2022, in *California Apartment Association v. County of Alameda*, N.D. Cal. Case No. 3:22-cv-02705-LB ("*CAA*"), Plaintiffs California Apartment Association, Stephen Lin, Rakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, and H. Alex and Dannie Alvarez (together, "CAA Plaintiffs") filed a Complaint for Damages, Injunctive, and Declaratory Relief and Petition for Writ of Mandate against the County;

WHEREAS, on April 27, 2022, Intervenor-Defendant Alliance of Californians for Community Empowerment Action ("ACCE") and the parties in *Williams* stipulated to ACCE's intervention in *Williams*;

WHEREAS, on April 28, 2022, the Court entered an order granting ACCE's intervention in *Williams*;

WHEREAS, on May 17, 2022, the Court entered an order relating *Williams* and *CAA*;

WHEREAS, on July 18, 2022, the Williams Plaintiffs filed a motion for partial summary judgment;

WHEREAS, on July 18, 2022, the CAA Plaintiffs filed a motion for partial summary judgment;

WHEREAS, both motions rely on a similar factual background and raise overlapping claims against the County;

WHEREAS, because of the significantly overlapping issues in the two motions for summary judgment, it is in the interest of convenience of both the

parties and the Court that the County file a single brief in opposition to both motions; and

WHEREAS, responding to both motions in the same brief will require more pages than the 25-page limit established by Civil Local Rules 7-3(a) and 7-4(b).

IT IS THEREFORE STIPULATED by and among the parties that:

1. The County may file in both cases a single, consolidated opposition responding to both the Williams and CAA Plaintiffs' summary judgment motions instead of two distinct oppositions.

2. The County's consolidated opposition shall not exceed 40 pages of text.

3. The parties request that the Court enter the attached order accordingly.

4. This stipulation may be executed in counterparts.

DATED: August 26, 2022         SHUTE, MIHALY & WEINBERGER LLP

                               By:  ___/s/Matthew D. Zinn_____
                                    MATTHEW D. ZINN
                                    EDWARD T. SCHEXNAYDER
                                    MINDY K. JIAN

                                    Attorneys for Defendants and Respondents
                                    Alameda County and Alameda County
                                    Board of Supervisors

DATED: August 26, 2022         BARBARA J. PARKER, CITY ATTORNEY

                               By:  ___/s/Cynthia F. Stein_____
                                    CYNTHIA F. STEIN
                                    Deputy City Attorney

                                    Attorneys for Defendants and Respondents
                                    City of Oakland and Oakland City Council

STIPULATION TO INCREASE PAGE LIMIT
Case No. 3:22-cv-01274-LB

| | | |
|---|---|---|
| 1 | DATED: August 26, 2022 | SUSMAN GODFREY LLP |
| 2 | | |
| 3 | | By:     /s/Nicholas N. Spear |
| 4 | |         MARC SELTZER |
| | |         KRYSTA K. PACHMAN |
| 5 | |         GLENN C. BRIDGMAN |
| | |         NICHOLAS N. SPEAR |
| 6 | | |
| 7 | | Attorneys for Intervenor-Defendant |
| 8 | | Alliance of Californians for Community Empowerment Action |
| 9 | | |
| 10 | DATED: August 26, 2022 | ZACKS, FREEDMAN & PATTERSON, PC |
| 11 | | |
| 12 | | |
| 13 | | By:     /s/Emily L. Brough |
| | |         ANDREW M. ZACKS |
| 14 | |         EMILY L. BROUGH |
| 15 | | Attorneys for Plaintiffs and Petitioners |
| 16 | | John Williams, Robert Vogel, Sheanna |
| 17 | | Rogers, Michael Loeb, Jacqueline Watson-Baker, and Housing Providers of America |

      I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

      DATED August 26, 2022

                                      /s/Matthew D. Zinn

# [~~PROPOSED~~] ORDER

The parties having met and conferred and entered the foregoing Stipulation, which the Court has reviewed, and good cause appearing, the County's opposition to the pending motion for partial summary judgment shall not exceed 40 pages of text.

**IT IS SO ORDERED.**

DATED: _____August 29_____, 2022

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge