United States District Court
Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            San Francisco Division

11    JOHN WILLIAMS, et al.,                    Case No. 22-cv-01274-LB

12                    Plaintiffs,
                                                **AMENDED JUDGMENT**
13            v.

14    ALAMEDA COUNTY BOARD OF
      SUPERVISORS, et al.,
15
                      Defendants.
16    CALIFORNIA APARTMENT                       Case No. 22-cv-02705-LB
      ASSOCIATION, et al.,
17
                      Plaintiffs,
18
19            v.

20    BOARD OF SUPERVISORS OF THE
      COUNTY OF ALAMEDA, et al.,
21
                      Defendants.
22        The court previously dismissed all claims with prejudice except the regulatory-taking claim.

23    On August 29, 2025, the court dismissed the regulatory-taking claim with prejudice. Pursuant to

24    Federal Rule of Civil Procedure 58, the court now enters judgment in favor of the defendants and

25    against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

26
27
28

AM. JUDGMENT – Nos. 22-cv-01274-LB, 22-cv-02705-LB

1

**IT IS SO ORDERED.**

2

Dated: August 29, 2025

3

4

_____

LAUREL BEELER
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California