ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS & FREEDMAN, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

PACIFIC LEGAL FOUNDATION
JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
BRIAN T. HODGES (Wash. Bar No. 31976)
1425 Broadway, #429
Seattle, WA 98122
Telephone: (916) 419-7111
JHoughton@pacificlegal.org
BHodges@pacificlegal.org

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, *et al.*,<br><br>   Plaintiffs and Petitioners,<br><br>   vs.<br><br>ALAMEDA COUNTY, *et al.*,<br><br>   Defendants and Respondents.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>   Intervenor. | Case Number:  3:22-cv-01274-LB<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE TO FILE AMENDED COMPLAINTS, RESPONSES, AND SERVE INITIAL DISCLOSURES** |

ZACKS & FREEDMAN, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*, | Case Number: 3:22-cv-02705-LB |
| Plaintiffs and Petitioners, | |
| vs. | |
| COUNTY OF ALAMEDA, *et al.*, | |
| Defendants and Respondents. | |

Pursuant to Local Rules 6-1 and 7-12, Plaintiffs and Petitioners in *Williams et al. v. County of Alameda et al.* Case No. 3:22-cv-01274 (collectively, "Williams Plaintiffs"), Plaintiffs and Petitioners in related case *California Apartment Association et al. vs. County of Alameda et al.* Case No. 3:22-cv-02705 ("CAA Plaintiffs"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit a Stipulated Request as follows:

On May 3, 2023, the Court entered an order granting an extension of the parties' initial disclosure deadline to four weeks after resolution of a motion to dismiss Plaintiffs' complaints.

On November 10, 2023, the County Defendants, City Defendants and Intervenor Defendants filed Motions to Dismiss Plaintiffs' complaints (collectively, "Defendants"). Also on November 10, 2023, the Williams Plaintiffs filed a Motion to Dismiss Intervenor Defendant from the case.

On February 29, 2024, the parties' Motions to Dismiss were heard by the Court.

On September 3, 2024, the Court issued orders on the parties' Motions to Dismiss, which, in part "grant[ed] [Defendants'] motions to dismiss all claims with prejudice except for the regulatory takings claims, which are dismissed without prejudice." The Court's order further provided "[a]ny amended complaint must be filed within twenty-eight days . . . ."

1   On September 13, 2024, Plaintiffs informed Defendants that they intend to file amended complaints, but needed additional time to do so. The parties thereafter stipulated to an additional 60 days to amend.

On November 22, 2024, Plaintiffs informed Defendants that they intend to file amended complaints, but needed additional time to do so. The parties thereafter stipulated to an additional 60 days to amend.

On January 16, 2025, Plaintiffs informed Defendants that they intend to file amended complaints, but needed a bit more additional time to do so.

The parties hereby stipulate to an additional 30 days to amend, so that any amended complaint must be filed by March 3, 2025. . Barring unforeseen circumstances, Plaintiffs do not intend to seek any further extensions of time to file an amended complaint(s), and Defendants will not stipulate to any further extensions.

Given that Plaintiffs intend to file amended complaints, the parties further agree to extend Defendants' deadline to respond to any amended complaint(s) such that any answer or motion to dismiss must be filed by 30 days after service of the amended complaint.

Accordingly, the parties request that the Court continue the Case Management Conference currently set for March 27, 2025 at 11:00 a.m. to May 8, 2025 at 11:00 a.m.

The parties also agree that judicial economy would best be served by extending the initial disclosure deadline, to either (A) four weeks after filing of Defendants' answers or (B) four weeks after resolution of a motion to dismiss, if Defendants file such a motion.

SO STIPULATED.

Respectfully submitted,

Dated: January 21, 2025

| ZACKS & FREEDMAN, PC | PACIFIC LEGAL FOUNDATION |
|---|---|
| /s/ Emily L. Brough<br>ANDREW M. ZACKS (SBN 147794)<br>EMILY L. BROUGH (SBN 284943)<br>1970 Broadway, Suite 1270 | /s/ Jonathan M. Houghton<br>JONATHAN M. HOUGHTON<br>(N.J. Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 1000 |

| | |
|---|---|
| Oakland, CA 94612<br>Tel: (510) 469-0555<br>az@zfplaw.com<br>emily@zpflaw.com | Arlington, VA 22201<br>BRIAN T. HODGES (Wash. Bar No. 31976)<br>1425 Broadway, #429<br>Seattle, WA 98122<br>Telephone: (916) 419-7111<br>JHoughton@pacificlegal.org<br>BHodges@pacificlegal.org |

Attorneys for the Williams' Plaintiffs

Dated: January 21, 2025          By:    /s/  Christopher E. Skinnell

Christopher E. Skinnell, Esq. (S.B. No. 227093)
Hilary J. Gibson, Esq. (S.B. No. 287862)
NIELSEN MERKSAMER
PARRINELLO GROSS & LEONI LLP
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile: (415) 388-6874
cskinnell@nmgovlaw.com
hgibson@nmgovlaw.com
Attorneys for Plaintiffs and Petitioners
CALIFORNIA APARTMENT ASSOCIATION
STEPHEN LIN
RAKESH and TRIPTI JAIN
ALISON MITCHELL
MICHAEL HAGERTY
H. ALEX
DANNIE ALVAREZ

Dated: January 21, 2025          By:    /s/ Matthew D. Zinn

Matthew D. Zinn (214587)
Edward T. Schexnayder (284494)
Mindy K. Jian (336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Schexnayder@smwlaw.com
mjian@smwlaw.com
Attorneys for Defendants and Respondents
ALAMEDA COUNTY

ZACKS & FREEDMAN, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

ALAMEDA COUNTY BOARD OF SUPERVISORS

//
//
//
//
//
//
//

| | |
|---|---|
| Dated: January 21, 2025 | By: */s/ Allison Ehlert* <br> Barbara J. Parker, City Attorney (069722) <br> Maria Bee, Chief Assistant City Attorney (167716) <br> Allison Ehlert, Deputy City Attorney (230362) <br> One Frank H. Ogawa Plaza, 6th Floor <br> Oakland, CA 94612 <br> Telephone: (510) 238-4779 <br> Facsimile: (510) 238-6500 <br> aehlert@oaklandcityattorney.org <br> Attorneys for Defendants and Respondents <br> CITY OF OAKLAND <br> OAKLAND CITY COUNCIL |
| Dated: January 21, 2025 | By: */s/ Monica L. Daegele* <br> Marc Seltzer (54534) <br> Krysta Pachman (280951) <br> Glenn Bridgman (298134) <br> Nicholas N. Spear (304281) <br> Monica L. Daegele (344911) <br> mseltzer@susmangodfrey.com <br> kpachman@susmangodfrey.com <br> gbridgman@susmangodfrey.com <br> nspear@susmangodfrey.com <br> mdaegele@susmangodfrey.com <br> SUSMAN GODFREY L.L.P <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, California 90067-6029 <br> Telephone: (310) 789-3100 <br> Attorneys for Intervenor-Defendant <br> Alliance of Californians for Community Empowerment Action |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION and good cause finding, IT IS SO ORDERED that:

(1) Plaintiffs' deadline to file any amended complaint is extended to March 3, 2025;

(2) Defendants' deadline to file an answer or motion to dismiss is extended to 30 days after service of the amended complaint;

(3) The Case Management Conference previously set for March 27, 2025 at 11:00 a.m. is reset to May 8, 2025 at 11:00 a.m.; and

(4) The parties' initial disclosure deadline is extended to either (A) four weeks after filing of Defendants' answers or (B) four weeks after resolution of a motion to dismiss, if Defendants file such a motion.

Dated: January 21, 2025

_____
Hon. Laurel Beeler
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: January 21, 2025         */s/ Emily Brough*
                                Emily Brough

1873049.1

# PROOF OF SERVICE
United States District Court—Northern District of California- Case No.: 3:22-cv-01274-LB
Case No.: 3:22-cv-02705-LB (related)

I, Valeria Bentorkia-Moran, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 180 Montgomery Street, Suite 1950, San Francisco, California 94104.

On January 21, 2025, I served:

**STIPULATED REQUEST TO EXTEND DEADLINE TO FILE AMENDED COMPLAINTS, RESPONSES, AND SERVE INITIAL DISCLOSURES**

in said cause addressed as follows:

| | |
|---|---|
| PACIFIC LEGAL FOUNDATION<br>JONATHAN HOUGHTON (NJ Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN HODGES (WA Bar No. 31976)<br>SAM SPIEGELMAN (NY Bar No. 5573100)<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Email: JHoughton@pacificlegal.org<br>Email: BHodges@pacificlegal.org<br>Email: SSpiegelman@pacificlegal.org<br><br>*Attorney for John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, Housing Providers of America* | MARC SELTZER<br>KRYSTA K. PACHMAN<br>GLENN C. BRIDGMAN<br>NICHOLAS N. SPEAR<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Email: mseltzer@susmangodfrey.com<br>Email: kpachman@susmangodfrey.com<br>Email: gbridgman@susmangodfrey.com<br>Email: nspear@susmangodfrey.com<br><br>*Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action* |
| MATTHEW D. ZINN<br>EDWARD T. SCHEXNAYDER<br>MINDY K. JIAN<br>SHUTE, MIHALY & WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>Email: Zinn@smwlaw.com<br>Email: Schexnayder@smwlaw.com<br>Email: mjian@smwlaw.com<br><br>*Attorney for Alameda County and Alameda County Board of Supervisors* | BARBARA J. PARKER<br>MARIA BEE<br>ALLISON EHLERT<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>E-Mail: aehlert@oaklandcityattorney.org<br>*Attorney for City of Oakland and Oakland City Council* |

ZACKS & FREEDMAN, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

| | |
|---|---|
| CHRISTOPHER E. SKINNELL<br>HILARY J. GIBSON<br>NIELSEN MERKSAMER<br>PARRINELLO GROSS & LEONI LLP<br>2350 Kerner Boulevard, Suite 250<br>San Rafael, CA 94941<br>Email: cskinnell@nmgovlaw.com<br>Email: hgibson@nmgovlaw.com<br>*Attorneys for Plaintiffs and Petitioners California Apartment Association Stephen Lin, Lakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, H. Alex, Dannie Alvarez* | |

**/XX/   (BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the said document to be served electronically through the CM/ECS System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 21, 2025 at San Francisco, California.

_____
VALERIA BENTORKIA-MORAN

ZACKS & FREEDMAN, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612